IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DR. BOLANLE ADEKORE SOGADE, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00369-HL |
| | * |
| NAVICENT HEALTH INC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 24th day of September, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk